UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. |
| | : | |
| PAUL G. BEDEWI, | : | |
| | : | VIOLATION: 18 U.S.C. § 666 |
| Defendant. | : | (Theft Concerning Program Receiving |
| | : | Federal Funds) |
| | : | |
| | : | |

**I N F O R M A T I O N**

The United States Attorney charges**:**

**COUNT ONE**

At times material to this Information:

1. The National Crash Analysis Center at the George Washington University Virginia Campus in Ashburn, VA (GWU/NCAC), was and is a research and resource center for transportation safety studies on vehicles and highways. The United States Department of Transportation and its components, the Federal Highway Administration and the National Highway Traffic Safety Administration, collectively referred to as DOT, provided approximately 80 percent of the funding for GWU/NCAC.

2. GWU/NCAC was and is an organization that received in excess of $10,000 per year from DOT on one or more contracts, known as cooperative agreements. Under these cooperative agreements, the GWU/NCAC provided direct labor in the form of on-staff professors and graduate students. In certain instances, stipend payments paid by GWU to graduate students that performed assignments under the cooperative

agreements would be included in reimbursement requests made by GWU/NCAC to DOT. This would result in reimbursement payments from the DOT to GWU/NCAC.

3. PAUL G. BEDEWI was an agent of GWU/NCAC, in that he was the Deputy Director of Vehicle Safety and Biomechanics at GWU/NCAC and an adjunct professor at GWU.

**Fraudulent Stipend Payments**

4. From on or about August 25, 2002 through on or about June 29, 2004, PAUL G. BEDEWI, an agent of GWU/NCAC, and others caused GWU funds and property totaling approximately $36,150 to be knowingly and willfully embezzled, obtained by fraud and converted for the benefit of PAUL G. BEDEWI and his family members, by causing unauthorized and fraudulent graduate assistant stipend checks to be issued by GWU/NCAC to PAUL G. BEDEWI'S wife. These stipend expenses were, in turn, included on reimbursement requests to DOT, resulting in losses to the DOT of $36,150.

**Fraudulent GWU Procurement Card Charges**

5. In connection with his position as Deputy Director of Vehicle Safety and Biomechanics at GWU/NCAC, PAUL G. BEDEWI, was issued a GWU procurement credit card (P-Card) that was to be used to purchase goods and services on behalf of GWU/NCAC.

6. From on or about September 15, 2002 through on or about June 20, 2004, PAUL G. BEDEWI, an agent of GWU/NCAC, caused GWU/NCAC funds and property

totaling approximately $42,452.23 to be knowingly and willfully embezzled, obtained by fraud and converted by using the "P-Card" issued to him to purchase goods and services in this amount for his personal benefit or for the benefit of family members.

**Theft Concerning Programs Receiving Federal Funds**

7.   From on or about August 25, 2002 through on or about June 29, 2004, in the District of Columbia and elsewhere, defendant PAUL G. BEDEWI, being an agent of GWU/NCAC, an organization receiving in each of the one year periods beginning 1-1-02, 1-1-03 and 1-1-04, benefits in excess of $10,000 under U.S. Department of Transportation, Federal Highway Administration contracts, knowingly and willfully embezzled, obtained by fraud and converted GWU/NCAC property worth at least $5,000, to wit, P-Card charges and stipend payments totaling approximately $78,602.23 for defendant PAUL G. BEDEWI'S personal benefit and for the benefit of family members.

**(Theft Concerning Programs Receiving Federal Funds, in violation of 18 U.S.C. § 666)**.

        KENNETH L. WAINSTEIN
        United States Attorney

By: _____
     JOHN D. GRIFFITH
     Assistant United States Attorney
     United States Attorneys Office
     Fraud/Public Corruption Section
     555 4th Street, N.W.
     Washington, D.C.  20530
     (202) 353-2453