UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 1:05-cr-00301-RWR |
| PAUL BEDEWI<br>Defendant | |

**PRAECIPE – ENTRY OF APPEARANCE**

Please enter the appearance of STEVEN C. TABACKMAN, D.C. Bar No. 934539, as counsel on behalf of the defendant Paul Bedewi.

Respectfully submitted,

/s/ Steven C. Tabackman

Steven C. Tabackman (D.C. Bar No. 934539)
TIGHE PATTON ARMSTRONG TEASDALE, PLLC
1747 Pennsylvania Avenue Nw
Suite 300
Washington, Dc 20006