Ct EX
4

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No.  05-301 |
| PAUL G. BEDEWI, | : | |
| Defendant. | : | VIOLATION: 18 U.S.C. § 666 |
| | : | (Theft Concerning Program Receiving Federal Funds) |
| | : | |
| | : | |

FILED

OCT 2 4 2005

NANCY MAYER-WHITTINGTON CLERK
U.S. DISTRICT COURT

### STATEMENT OF THE OFFENSE

Pursuant to Fed.R.Cr.P. 11, defendant PAUL G. BEDEWI agrees and stipulates as follows:

1.  The National Crash Analysis Center at the George Washington University Virginia Campus in Ashburn, VA (GWU/NCAC), was and is a research and resource center for transportation safety studies on vehicles and highways. The United States Department of Transportation and its components, the Federal Highway Administration and the National Highway Traffic Safety Administration, collectively referred to as DOT, provided approximately 80 percent of the funding for GWU/NCAC.

2.  GWU/NCAC was and is an organization that received in excess of $10,000 per year from DOT on one or more contracts, known as cooperative agreements. Under these cooperative agreements, the GWU/NCAC provided direct labor in the form of on-staff professors and graduate students. In certain instances, stipend payments paid by GWU to graduate students that performed assignments under the cooperative agreements would be included in reimbursement requests made by GWU/NCAC to DOT. This would result in reimbursement payments from the DOT to GWU/NCAC.

3.      PAUL G. BEDEWI was an agent of GWU/NCAC, in that he was the Deputy

Director of Vehicle Safety and Biomechanics at GWU/NCAC and an adjunct

professor at GWU.

**Fraudulent Stipend Payments**

4.      From on or about August 25, 2002 through on or about June 29, 2004, PAUL G.

BEDEWI, an agent of GWU/NCAC, and others caused GWU funds and property

totaling approximately $36,150 to be knowingly and willfully embezzled,

obtained by fraud and converted for the benefit of PAUL G. BEDEWI and his

family members, by causing unauthorized and fraudulent graduate assistant

stipend checks to be issued by GWU/NCAC to PAUL G. BEDEWI'S wife. These

stipend expenses were, in turn, included on reimbursement requests to DOT,

resulting in losses to the DOT of $36,150.

**Fraudulent GWU Procurement Card Charges**

5.      In connection with his position as Deputy Director of Vehicle Safety and

Biomechanics at GWU/NCAC, PAUL G. BEDEWI, was issued a GWU

procurement credit card (P-Card) that was to be used to purchase goods and

services on behalf of GWU and GWU/NCAC.

6.      From on or about September 15, 2002 through on or about June 20, 2004, PAUL

G. BEDEWI, an agent of GWU/NCAC, caused GWU/NCAC funds and property

totaling approximately $42,452.23 to be knowingly and willfully embezzled,

obtained by fraud and converted by using the "P-Card" issued to him to purchase

goods and services in this amount for his personal benefit or for the benefit of

family members.

2

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia

By: _____
JOHN D. GRIFFITH
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C.  20530
(202) 353-2453


## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense.  Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense.

Date: 10/24/05 _____

_____
Paul G. Bedewi
Defendant

I have discussed this Statement of Offense with my client, Mr. Bedewi.  I concur with his decision to stipulate to this Statement of Offense.

Date: 10/24/05 _____

_____
Steven C. Tabackman, Esq.
Attorney for the Defendant

3