U.S. Department of Justice
U.S. Attorneys

# United States District Court
## for the District of Columbia

FILED

OCT 24 2005

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :

v. :

PAUL BEDEWI : Case No. 05-CR-301 (RWR)

:

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is this ___24th___ day of ___OCTOBER, 2005___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _____ by ___FBI SPECIAL AGENT KIMBERLY ALANIZ___ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to ___FBI___ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of ___FBI SPECIAL AGENT KIMBERLY ALANIZ___ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge (U.S. Magistrate) RICHARD W. ROBERTS

DEFENSE COUNSEL

DOJ USA-16-1-80