**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No.  05-CR-301 (RWR)** |
| | : | |
| **PAUL M. BEDEWI,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| | : | |
| | : | |

STATUS REPORT AND MOTION FOR SECOND STATUS REPORT DATE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, submits the following status report in the above-captioned matter.  For the reasons set forth herein, the government respectfully recommends that the Court set Wednesday, February 22, 2006 as the date for the next status report in this matter.  A proposed order is attached to this report.

1.  On October 24, 2005, defendant Paul Bedewi pled guilty to a one-count felony information that charged him with Theft Concerning a Program Receiving Federal Funds, 18 U.S.C. §666.  The defendant's plea agreement provides that he will cooperate fully with the government in the investigation of others.

2.  Based on the cooperation provision of the plea agreement, at the time of the plea hearing the Court did not set a date for sentencing, but rather ordered that a status report be submitted by December 23, 2005.

3.  The defendant met with the government on December 8, 2005 and December 20, 2005. The government needs to analyze the defendant's information and take further investigative steps based on the information.

4.  Based on the nature of the defendant's information, the undersigned believes that it would be advisable to provide to the Court a further status report in two months.

WHEREFORE, the government respectfully requests that the Court set Wednesday, February 22, 2006 as the date for the second status report in this matter.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY


_____
JOHN D. GRIFFITH
Assistant United States Attorney
Fraud & Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-2453