IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., AARON J. WESTRICK, PH.D., <br><br> Plaintiffs, <br><br> -vs- <br><br> SECOND CHANCE BODY ARMOR, INC.; SECOND CHANCE ARMOR, INC.; SECOND CHANCE/SHIELD, INC.; SECOND CHANCE BODY ARMOR CANADA CO.; IAG MANUFACTURING, s.a.r.l.; SECOND CHANCE BODY ARMOR GmbH; SECOND CHANCE BODY ARMOR UK, LTD.; SECOND CHANCE INTERNATIONAL, NC.; TOYOBO CO., LTD; TOYOBO AMERICA, MC.; THOMAS EDWARD BACHNER, JR., RICHARD C. DAVIS; KAREN McCRANEY f/k/a KAREN DAVIS; and JAMES LARRY McCRANEY, <br> Defendants. | CV No. 04-0280 <br><br> Judge Richard W. Roberts |

**ORDER ON STIPULATED SCHEDULE FOR ANSWERING AMENDED COMPLAINT ON BEHALF OF DEFENDANT THOMAS EDWARD BACHNER OR FILING MOTION TO DISMISS ON BEHALF OF THOMAS EDWARD BACHNER, AND FOR FILING UNITED STATES' OPPOSITION TO MOTION TO DISMISS**

Pursuant to agreement, the United States and counsel for Defendant, Thomas Edward Bachner, Jr. have filed a Joint Stipulation regarding the deadlines for Sling papers in this action. Uponconsideration of the Joint Stipulation and the papers on file in this action:

IT IS HEREBY ORDERED THAT:

1. Defendant Thomas Edward Bachner, Jr. shall have until and including **January 3,** 2006 to file his Answer to the Amended Complaint of the United States or to file, a Motion to Dismiss.

2. The United States shall have until and including; **February 3, 2006** to file its Opposition to any Motion to Dismiss that Defendant Thomas Edward Bachner, Jr. files pursuant to the preceding paragraph.

December 28th, 2005

_____
UNITED STATES DISTRICT COURT JUDGE