# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.  05-CR-301 (RWR) |
| | : | |
| **PAUL M. BEDEWI,** | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |
| | : | |

## ORDER

Upon consideration of the Government's Status Report and Motion for Third Status Report Date, it is hereby

**ORDERED** that the Government file its next status report in this matter on Wednesday, March 22, 2006.

**SO ORDERED** this _____ day of _____, 2006.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

cc: Steven Tabackman, Esq.
    AUSA John Griffith