Case 1:05-cr-00301-RWR   Document 12   Filed 02/22/2006   Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.      Criminal No. 05-CR-301 (RWR)

PAUL M. BEDEWI,

Defendant.

FILED
FEB 27 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the Government's Status Report and Motion for Third Status Report Date, it is hereby

**ORDERED** that the Government file its next status report in this matter on Wednesday, March 22, 2006.

**SO ORDERED** this 24th **d a y** o f February, 2006.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

cc: Steven Tabackman, Esq.
    AUSA John Griffith