UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.    : | **Criminal No. 05-CR-301 (RWR)** |
| : | |
| **PAUL M. BEDEWI,** : | |
| : | |
| **Defendant.** : | |
| : | |
| : | |
| : | |

## THIRD STATUS REPORT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, submits the following status report in the above-captioned matter. For the reasons set forth herein, the government respectfully requests that the Court set scheduling dates for a Presentence Report and sentencing.

On October 24, 2005, defendant Paul Bedewi pled guilty to a one-count felony information that charged him with Theft Concerning a Program Receiving Federal Funds, 18 U.S.C. §666. The defendant's plea agreement provides that he will cooperate fully with the government in the investigation of others. The defendant provided information to the government during meetings on December 8, 2005 and December 20, 2005. The government has analyzed and investigated this information, but does not, at this time, anticipate conducting any further investigation based on the information.

WHEREFORE, the government respectfully requests that the Court order the preparation of a Presentence Report and set dates for disclosure of and objections to said Presentence Report and the date for sentencing in this matter. A proposed order is attached.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY


        _____
        JOHN D. GRIFFITH
        Assistant United States Attorney
        Fraud & Public Corruption Section
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 353-2453