**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No.  05-CR-301 (RWR)** |
| | : | |
| **PAUL M. BEDEWI,** | : | |
| | : | |
| **Defendant.** | : | |

<u>**ORDER**</u>

Upon consideration of the Government's Third Status Report, it is hereby

**ORDERED** that:

1)       The U.S. Probation Office prepare and disclose to the parties a Presentence

Report by _____,  2006;

2)       The parties shall submit any objections/corrections to the Presentence Report by

_____, 2006;

3)       The U.S. Probation Office shall submit the final Presentence Report to the Court

by _____, 2006; and

4)       Sentencing shall commence on _____, 2006 at _____, in Courtroom 9.

**IT IS SO ORDERED**

**Date:** _____          _____
                                                              RICHARD W. ROBERTS
                                                              UNITED STATES DISTRICT JUDGE

cc: Steven Tabackman, Esq.
      AUSA John Griffith