Case 1:05-cr-00301-RWR   Document 15   Filed 03/30/2006   Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED
MAR 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.                                              Criminal No. 05-CR-301 (RWR)

**PAUL M. BEDEWI,**

      **Defendant.**

## ORDER

Upon consideration of the Government's Third Status Report, it is hereby

**ORDERED** that:

1)   The U.S. Probation Office prepare and disclose to the parties a Presentence Report by ~~_____ 2006;~~

2)   ~~The parties shall submit any objections/corrections to the Presentence Report by _____, 2006;~~

3)   ~~The U.S. Probation Office shall submit the final Presentence Report to the Court by _____, 2006; and~~

4)   sentencing shall commence on June 16, 2006 at 9:45 a.m., in Courtroom 9.

**IT IS SO ORDERED**

Date: 3/29/06

                                                RICHARD W. ROBERTS
                                                UNITED STATES DISTRICT JUDGE

cc: Steven Tabackman, Esq.
    AUSA John Griffith