UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 1:05-cr-00301-RWR |
| PAUL G. BEDEWI<br>Defendant | |

**CONSENT MOTION TO CONTINUE SENTENCING**

Paul Bedewi, through his undersigned counsel, respectfully moves this Court to continue the sentencing in the above-captioned matter to a date convenient to the Court no less than forty-five (45) days from the currently scheduled date of June 16, 2006. The purpose of this continuance is to allow the completion of the Presentence Investigation and Report, which cannot be accomplished in time to meet the disclosure and other requirements of Fed. R. Crim. P 32 and LCrR 32.2. Conduct of the Presentence Investigation has taken longer than usual in this due to several factors, the most significant of which is that the initial meeting between Mr. Bedewi and Probation Officer Monica Johnson had to be postponed, a circumstance that stalled the entire investigative process. The postponement was necessitated by Mr. Bedewi's need to be in Arizona with his critically ill father, who is in the advanced stages of cancer of his internal organs. The U.S. Attorney's Office does not object to this motion.

WHEREFORE, Defendant requests that this consent motion to continue sentencing be granted and that sentencing occur at the convenience of the Court no less than forty-five (45) days from the currently scheduled date of June 16, 2006.

        Respectfully submitted,

_____/s/_____
Steven C. Tabackman (D.C. Bar No. 934539)
TIGHE PATTON ARMSTRONG TEASDALE PLLC
1747 Pennsylvania Avenue NW
Suite 300
Washington DC 20006
(202) 454-2811
(202) 454-2805