UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 1:05-cr-00301-RWR |
| PAUL BEDEWI<br>Defendant | |

ORDER

Upon consideration of Defendant's Consent Motion to Continue Sentencing, it is this

__ day of May, 2006,

**ORDERED**, that the motion be, and the same hereby is**, GRANTED;** and it is further,

**ORDERED,** that sentencing in this matter is set for ___ day of _____, 2006

_____
Richard W. Roberts
United States District Judge