UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                    1:05-cr-00301-RWR

PAUL BEDEWI
        Defendant

FILED
MAY 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of Defendant's Consent Motion to Continue Sentencing, it is this 22nd day of May, 2006,

**ORDERED**, that the motion be, and the same hereby is, **GRANTED**; and it is further,

**ORDERED**, that sentencing in this matter is set for 25 day of August, 2006 at 10 a.m.

_____
Richard W. Roberts
United States District Judge