## UNITED STATES DISTRICT COURT
## FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | CR-05-301-01-RWR |
| **PAUL BEDEWI** | |
| **Defendant** | |

### JOINT MOTION TO CONTINUE SENTENCING

Defendant Paul Bedewi, by his undersigned counsel, and the United States of America, by its counsel, the United States Attorney for the District of Columbia, jointly move the Court to continue sentencing in this matter, now set for August 25, 2006 to a date convenient to the Court after October 2, 2006.  The assistant United States Attorney is unavailable on the date currently set for sentencing.  That current sentencing date is also not convenient for Mr. Bedewi as he is spending all his time in Arizona where his father appears to have taken a significant turn for the worse in his struggle against the pancreatic cancer that has now spread to other vital organs.  The parties had agreed to suggesting a date in late-September 2006, but have learned from Ms. Romero that the Court is not available in late-September.  The parties have been further advised that the Court will be available in October 2006.  Accordingly, the parties jointly request that this matter be set for sentencing at a date that is convenient to the Court after October 2, 2006.

This motion is signed solely by defense counsel because government counsel is currently out-of-town.  Nonetheless, this is a joint request.

**WHEREFORE**, the parties jointly request that this motion be granted.

Respectfully submitted,

_____/ S /_____
Steven C. Tabackman  (DC Bar No. 934539)
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue NW
Suite 300
Washington, DC 20006
(202) 454-2811
(202) 454-2805 (fax)