UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CR-05-301-01-RWR** |
| **PAUL BEDEWI** | |
| **Defendant** | |

### ORDER

Upon consideration of the parties' Joint Motion to Continue Sentencing, it is this ___ day of August, 2006,

**ORDERED,** that the motion be, and the same hereby is, **GRANTED;** and it is further,

**ORDERED,** that this matter be set down for sentencing on October ___, 2006 at ____.

_____
Richard W. Roberts
United States District Judge