UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CR-05-301-01-RWR |
| PAUL BEDEWI | |
| Defendant | |

**FILED**
OCT 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the parties' Joint Motion to Continue Sentencing, it is this 27th day of ~~August~~ October, 2006,

**ORDERED**, that the motion be, and the same hereby is, **GRANTED**; and it is further,

**ORDERED**, that this matter be set down for sentencing on ~~October~~ November 14, 2006 at 10 A.M.

_____
Richard W. Roberts
United States District Judge