UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 7 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
vs. ) DOCKET NO.: CR-05-0301
)
Paul G. Bedewi )

### ORDER

The U.S. Probation Office completed and disclosed the Presentence Report on August 04, 2006.

The probation officer reported that a copy of the form entitled, "Receipt and Acknowledgment of Presentence Investigation Report" was not executed by counsel for the defendant ~~and counsel for the government~~.

Accordingly, it is by the Court, this 6th day of November, 2006,

**ORDERED,** that within five days of the date of this Order, counsel for the defendant ~~and counsel for the government~~ shall execute the receipt and acknowledgment form and counsel for the defendant and counsel for the government shall hand-deliver the same to the U.S. Probation Office.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

_____
DATE