**Bedewi Sent Memo (markup).doc**

| Main document changes and comments | | |
|---|---|---|
| **Page 1: Deleted** | **Steven C. Tabackman** | **November 30, 2006 11:50:00 AM** |
| under | | |
| **Page 1: Inserted** | **Steven C. Tabackman** | **November 30, 2006 11:51:00 AM** |
| or at | | |
| **Page 1: Deleted** | **Steven C. Tabackman** | **November 30, 2006 11:50:00 AM** |
| home | | |
| **Page 2: Inserted** | **Steven C. Tabackman** | **November 30, 2006 11:51:00 AM** |
| his home | | |
| **Page 2: Inserted** | **Steven C. Tabackman** | **November 30, 2006 11:51:00 AM** |
| support | | |
| **Page 3: Deleted** | **Steven C. Tabackman** | **November 30, 2006 11:54:00 AM** |
| if | | |
| **Page 3: Inserted** | **Steven C. Tabackman** | **November 30, 2006 11:54:00 AM** |
| of | | |
| **Page 3: Inserted** | **Steven C. Tabackman** | **November 30, 2006 11:55:00 AM** |
| , | | |
| **Page 3: Deleted** | **Steven C. Tabackman** | **November 30, 2006 11:55:00 AM** |
| Mr. Bedewi's | | |
| **Page 3: Inserted** | **Steven C. Tabackman** | **November 30, 2006 11:57:00 AM** |
| also | | |
| **Page 3: Inserted** | **Steven C. Tabackman** | **November 30, 2006 11:57:00 AM** |
| abandonment | | |
| **Page 4: Inserted** | **Steven C. Tabackman** | **November 30, 2006 11:59:00 AM** |
| 0 | | |

| Page 4: Deleted | Steven C. Tabackman | November 30, 2006 12:00:00 PM |
|---|---|---|

s

| Page 5: Inserted | Steven C. Tabackman | November 30, 2006 12:01:00 PM |
|---|---|---|

it

| Page 5: Deleted | Steven C. Tabackman | November 30, 2006 12:04:00 PM |
|---|---|---|

500

| Page 5: Inserted | Steven C. Tabackman | November 30, 2006 12:04:00 PM |
|---|---|---|

000

| Page 6: Deleted | Steven C. Tabackman | November 30, 2006 12:06:00 PM |
|---|---|---|

150

| Page 6: Inserted | Steven C. Tabackman | November 30, 2006 12:06:00 PM |
|---|---|---|

000

| Page 6: Inserted | Steven C. Tabackman | November 30, 2006 12:08:00 PM |
|---|---|---|

t

| Page 6: Deleted | Steven C. Tabackman | November 30, 2006 12:09:00 PM |
|---|---|---|

150

| Page 6: Inserted | Steven C. Tabackman | November 30, 2006 12:09:00 PM |
|---|---|---|

000

| Page 6: Deleted | Steven C. Tabackman | November 30, 2006 12:09:00 PM |
|---|---|---|

s

| Page 6: Inserted | Steven C. Tabackman | November 30, 2006 12:09:00 PM |
|---|---|---|

ed

| Page 6: Deleted | Steven C. Tabackman | November 30, 2006 12:09:00 PM |
|---|---|---|

is

| Page 6: Inserted | Steven C. Tabackman | November 30, 2006 12:09:00 PM |
|---|---|---|

was

| Page 7: Inserted | Steven C. Tabackman | November 30, 2006 12:16:00 PM |
| --- | --- | --- |

ed

| Page 7: Deleted | Steven C. Tabackman | November 30, 2006 12:16:00 PM |
| --- | --- | --- |

s

| Page 7: Inserted | Steven C. Tabackman | November 30, 2006 12:17:00 PM |
| --- | --- | --- |

d

| Page 7: Deleted | Steven C. Tabackman | November 30, 2006 12:18:00 PM |
| --- | --- | --- |

s

| Page 7: Inserted | Steven C. Tabackman | November 30, 2006 12:17:00 PM |
| --- | --- | --- |

d

| Page 7: Deleted | Steven C. Tabackman | November 30, 2006 12:17:00 PM |
| --- | --- | --- |

s

| Page 7: Deleted | Steven C. Tabackman | November 30, 2006 12:18:00 PM |
| --- | --- | --- |

adopts

| Page 7: Inserted | Steven C. Tabackman | November 30, 2006 12:18:00 PM |
| --- | --- | --- |

adopted

| Page 7: Deleted | Steven C. Tabackman | November 30, 2006 12:18:00 PM |
| --- | --- | --- |

that is

| Page 7: Deleted | Steven C. Tabackman | November 30, 2006 12:19:00 PM |
| --- | --- | --- |

s

| Page 7: Inserted | Steven C. Tabackman | November 30, 2006 12:19:00 PM |
| --- | --- | --- |

ed

| Page 7: Inserted | Steven C. Tabackman | November 30, 2006 12:19:00 PM |
| --- | --- | --- |

ed

| Page 7: Deleted | Steven C. Tabackman | November 30, 2006 12:19:00 PM |
| --- | --- | --- |

does

| Page 7: Inserted | Steven C. Tabackman | November 30, 2006 12:19:00 PM |
|---|---|---|

did

| Page 8: Deleted | Steven C. Tabackman | November 30, 2006 12:19:00 PM |
|---|---|---|

s

| Page 8: Inserted | Steven C. Tabackman | November 30, 2006 12:20:00 PM |
|---|---|---|

d

| Page 8: Deleted | Steven C. Tabackman | November 30, 2006 12:20:00 PM |
|---|---|---|

s

| Page 8: Inserted | Steven C. Tabackman | November 30, 2006 12:20:00 PM |
|---|---|---|

d

| Page 8: Deleted | Steven C. Tabackman | November 30, 2006 12:20:00 PM |
|---|---|---|

*s*

| Page 8: Inserted | Steven C. Tabackman | November 30, 2006 12:20:00 PM |
|---|---|---|

*d*

| Page 8: Deleted | Steven C. Tabackman | November 30, 2006 12:20:00 PM |
|---|---|---|

*s*

| Page 8: Inserted | Steven C. Tabackman | November 30, 2006 12:20:00 PM |
|---|---|---|

*ed*

| Page 8: Inserted | Steven C. Tabackman | November 30, 2006 12:23:00 PM |
|---|---|---|

●

| Page 8: Inserted | Steven C. Tabackman | November 30, 2006 12:24:00 PM |
|---|---|---|

(3)

| Page 11: Inserted | Steven C. Tabackman | November 30, 2006 12:39:00 PM |
|---|---|---|

●

| Page 11: Inserted | Steven C. Tabackman | November 30, 2006 12:41:00 PM |
|---|---|---|

, before paid to Mr. Bedewi,

| Page 11: Inserted | Steven C. Tabackman | November 30, 2006 12:41:00 PM |

| Page 12: Inserted | Steven C. Tabackman | November 30, 2006 12:43:00 PM |

Exhibit 11.

| Page 13: Inserted | Steven C. Tabackman | November 30, 2006 12:44:00 PM |

m

| Page 13: Deleted | Steven C. Tabackman | November 30, 2006 12:45:00 PM |

computers

| Page 13: Inserted | Steven C. Tabackman | November 30, 2006 12:47:00 PM |

t

| Page 14: Deleted | Steven C. Tabackman | November 30, 2006 12:48:00 PM |

the

| Page 14: Inserted | Steven C. Tabackman | November 30, 2006 12:49:00 PM |

notification of

| Page 14: Deleted | Steven C. Tabackman | November 30, 2006 12:49:00 PM |

Mr

| Page 14: Inserted | Steven C. Tabackman | November 30, 2006 12:49:00 PM |

Mr.

| Page 14: Inserted | Steven C. Tabackman | November 30, 2006 12:50:00 PM |

| Page 14: Deleted | Steven C. Tabackman | November 30, 2006 12:51:00 PM |

for

| Page 15: Inserted | Steven C. Tabackman | November 30, 2006 12:53:00 PM |

,

| Page 16: Deleted | Steven C. Tabackman | November 30, 2006 12:56:00 PM |

that

| Page 16: Inserted | Steven C. Tabackman | November 30, 2006 12:56:00 PM |

, that is,

| Page 16: Deleted | Steven C. Tabackman | November 30, 2006 12:57:00 PM |

that

| Page 16: Inserted | Steven C. Tabackman | November 30, 2006 12:57:00 PM |

which

| Page 16: Deleted | Steven C. Tabackman | November 30, 2006 12:57:00 PM |

was

| Page 16: Inserted | Steven C. Tabackman | November 30, 2006 12:57:00 PM |

were

| Page 17: Inserted | Steven C. Tabackman | November 30, 2006 12:59:00 PM |

it

| Page 17: Inserted | Steven C. Tabackman | November 30, 2006 1:01:00 PM |

four-year

| Page 17: Inserted | Steven C. Tabackman | November 30, 2006 1:01:00 PM |

.

| Page 17: Deleted | Steven C. Tabackman | November 30, 2006 1:02:00 PM |

.

| Page 18: Inserted | Steven C. Tabackman | November 30, 2006 1:43:00 PM |

each

| Page 18: Inserted | Steven C. Tabackman | November 30, 2006 1:43:00 PM |

separate two-year periods,

| Page 18: Deleted | Steven C. Tabackman | November 30, 2006 1:44:00 PM |

two years

| Page 18: Inserted | Steven C. Tabackman | November 30, 2006 1:46:00 PM |

"

| Page 19: Deleted | Steven C. Tabackman | November 30, 2006 1:47:00 PM |
| --- | --- | --- |

,

| Page 19: Deleted | Steven C. Tabackman | November 30, 2006 1:48:00 PM |
| --- | --- | --- |

any

| Page 19: Inserted | Steven C. Tabackman | November 30, 2006 1:48:00 PM |
| --- | --- | --- |

no

| Page 20: Deleted | Steven C. Tabackman | November 30, 2006 1:51:00 PM |
| --- | --- | --- |

One cannot

| Page 20: Inserted | Steven C. Tabackman | November 30, 2006 1:51:00 PM |
| --- | --- | --- |

Counsel could not

| Page 20: Inserted | Steven C. Tabackman | November 30, 2006 1:51:00 PM |
| --- | --- | --- |

ed

| Page 20: Inserted | Steven C. Tabackman | November 30, 2006 1:51:00 PM |
| --- | --- | --- |

and

| Page 20: Deleted | Steven C. Tabackman | November 30, 2006 1:55:00 PM |
| --- | --- | --- |

of a sentence

| Page 21: Inserted | Steven C. Tabackman | November 30, 2006 1:56:00 PM |
| --- | --- | --- |

also

| Page 21: Inserted | Steven C. Tabackman | November 30, 2006 1:58:00 PM |
| --- | --- | --- |

;

| Page 22: Inserted | Steven C. Tabackman | November 30, 2006 2:00:00 PM |
| --- | --- | --- |

; and

| Page 22: Inserted | Steven C. Tabackman | November 30, 2006 2:02:00 PM |
| --- | --- | --- |

also

| Page 23: Inserted | Steven C. Tabackman | November 30, 2006 2:03:00 PM |
| --- | --- | --- |

that

| Page 23: Deleted | Steven C. Tabackman | November 30, 2006 2:04:00 PM |

lmonths

| Page 23: Inserted | Steven C. Tabackman | November 30, 2006 2:04:00 PM |

months

| Page 23: Inserted | Steven C. Tabackman | November 30, 2006 2:04:00 PM |

"

| Page 23: Inserted | Steven C. Tabackman | November 30, 2006 2:04:00 PM |

"

| Page 24: Inserted | Steven C. Tabackman | November 30, 2006 2:07:00 PM |

To the contrary,

| Page 24: Deleted | Steven C. Tabackman | November 30, 2006 2:07:00 PM |

T

| Page 24: Inserted | Steven C. Tabackman | November 30, 2006 2:07:00 PM |

t

| Page 24: Inserted | Steven C. Tabackman | November 30, 2006 2:08:00 PM |

a lengthy sentence of

| Page 24: Deleted | Steven C. Tabackman | November 30, 2006 2:07:00 PM |

--

| Page 24: Inserted | Steven C. Tabackman | November 30, 2006 2:07:00 PM |

–

| Page 24: Inserted | Steven C. Tabackman | November 30, 2006 2:12:00 PM |

: the forfeiting of the positive consequences – concededly to himself, but to the public

as well – that have flowed from his actions over the past two years

Header and footer changes

Text Box changes

Header and footer text box changes

**Footnote changes**

**Endnote changes**