**BEDEWI, Paul G.**                                                                                           Page 24

THE HONORABLE RICHARD W. ROBERTS, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>05-301-01</u> |
| | : | |
| vs. | : | |
| | : | |
| Paul G. Bedewi | | Disclosure Date: July 21, 2006 |

**FILED**
**NOV 3 0 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>RECEIPT AND ACKNOWLEDGMENT OF</u>
<u>PRESENTENCE INVESTIGATION REPORT</u>

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSI) in the above-entitled case. The undersigned further acknowledges that:

<u>For the Government</u>

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
**Assistant U.S. Attorney**                             **Date**

<u>For the Defendant</u>

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*[signed] Paul Bedewi/SCT*                              *[signed]*  11/6/06
**Defendant    Date**                                   **Defense Counsel    Date**

<u>NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM</u>

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by August 4, 2006, to U.S. Probation Officer <u>Monica Johnson</u>, telephone number <u>(202) 565-1332</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(f)(2), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT
By: Richard A. Houck, Jr.
Chief United States Probation Officer

BEDEWI, Paul G.                                                    Page 25

### Receipt and Acknowledgment

Only inaccuracies pertain to statements in Victim Impact Statement which are addressed in enclosed letter to USPO of 4/7/06

Signed By: _____
(Defense Counsel/AUSA)

Date: 4/7/06