UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 05-301-RWR |
| PAUL G. BEDEWI,<br>    Defendant | |

**Notice of Filing Letter**

Defendant Paul G. Bedewi, by his undersigned counsel, files notice of the filing of a letter from counsel for Mr. Bedewi to William F. Howard, Esq., Vice-President and Deputy General Counsel, George Washington University. Permission to file this letter was granted by Judge Richard W. Roberts in open court on November 30, 2006. A copy of the letter is appended as Exhibit 1.

    Respectfully submitted.

    _____(signed)_____
    Steven C. Tabackman (DC Bar No. 934539)
    Tighe Patton Armstrong Teasdale, PLLC
    1747 Pennsylvania Avenue NW
    Suite 300
    Washington, DC 20006
    (202) 454-2811
    (202) 454-2805 (fax)