UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | Criminal No. 05-0301 - RWR |
| PAUL BEDEWI | |

FILED
DEC - 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO FILE

The George Washington University respectfully moves this Court for leave to file the attached letter in connection with Mr. Bedewi's upcoming sentencing hearing, currently scheduled for December 6, 2006. The letter was sent from William F. Howard, Deputy General Counsel for George Washington University, to Steven C. Tabackman, attorney for Mr. Bedewi, on November 27, 2006 and was not included in Mr. Bedewi's sentencing memorandum filed on November 29, 2006.

Respectfully submitted,

WILEY REIN & FIELDING LLP

By: _____

Barbara Van Gelder (D.C. Bar # 265603)
Wiley Rein & Fielding LLP
1776 K Street NW
Washington, DC 20006
TEL: 202.719.7032
FAX: 202.719.7049

Dated: December 1, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2006, a copy of the foregoing, with attachments, was served on the following by e-mail, fax, and first class mail:

Steven C. Tabackman, Esq.
Tighe, Patton, Armstrong, Teasdale, P.L.L.C.
1747 Pennsylvania Ave., N.W., Suite 300
Washington, D.C. 20006

John Griffith
Assistant United States Attorney
United States Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20001

I also certify that on this 1st day of December, 2006, a copy of the foregoing, with attachments, was served on the following by e-mail and first class mail:

Monica L. Johnson
United States Probation Officer
Probation Department
United States District Court
4th and Constitution Ave., N.W.
Washington, D.C. 20001

Barbara Van Gelder