UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 05-301-RWR |
| PAUL G. BEDEWI,<br>          Defendant | |

### RESPONSE TO GEORGE WASHINGTON UNIVERSITY'S
### MOTION TO FILE LETTER

Defendant Paul G. Bedewi, by his undersigned counsel, respectfully advises the Court that he has no objection to the filing of the letter from William F. Howard, Esq., Vice-President and Deputy General Counsel of George Washington University, to Mr. Bedewi's counsel on November 27, 2006.  Counsel for Mr. Bedewi regarded the letter as effectively having been "filed" (and certainly part of the record available to the Court for sentencing purposes) based upon Mr. Howard's having noted in his letter that he would be sending a copy of it to the United States Probation Office.  Counsel was acting on that belief when, at the conclusion of the proceedings on November 30, 2006, he requested the Court's permission to submit a response to Mr. Howard's letter, which, due to time constraints, had not been addressed in Defendant's Memorandum in Aid of Sentencing.

                                          Respectfully submitted,
                                          _____(signed)_____
                                          Steven C. Tabackman (DC Bar No. 934539)
                                          Tighe Patton Armstrong Teasdale, PLLC
                                          1747 Pennsylvania Avenue NW
                                          Suite 300
                                          Washington, DC 20006
                                          (202) 454-2811
                                          (202) 454-2805 (fax)
                                          *Counsel for Paul G. Bedewi*