UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 05-301-RWR |
| Paul G. Bedewi,<br>            Defendant | |

### Notice Regarding Restitution

Defendant Paul G. Bedewi, by his undersigned counsel, notifies the Court that he has reached an agreement in principle with the victim in this case, The George Washington University (GWU), through its counsel, regarding the issue of restitution.  Although GWU is still confirming the accuracy of entries in a spreadsheet provided to its counsel by Defendant, it is expected that the Court will be asked to enter an Order on or before December 19, 2006, the date set for sentencing in this matter, directing Defendant to make restitution in a precise amount that is expected to be approximately Eighty-Thousand Four Hundred and Fifty Dollars ($80,450.00), which includes the Eighty Thousand dollar ($80,000.00) payment Defendant made to GWU in August 2004, requiring an additional net payment of Four Hundred and Fifty Dollars ($450.00).

Counsel for Mr. Bedewi represents that service of this Notice is being effected on Barbara Van Gelder, counsel for GWU, by e-mail at the e-mail address bvangelder@wrf.com.

Respectfully submitted.

          /signed/
Steven C. Tabackman (DC Bar No. 934539)
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue NW
Suite 300
Washington, DC 20006
(202) 454-2811
(202) 454-2805 (fax)