HONORABLE RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

**FILED**

**FEB 6 - 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

Paul G. Bedewi                    Docket No.: 05-301-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  Paul G. Bedewi  having been sentenced, on December 19, 2006, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to  FCI Morgantown , in  Morgantown, WV  by 2 p.m., on  February 21, 2007 .

2-5-07
**Date**

RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

**ATTORNEY/U.S. PROBATION OFFICER**         **DEFENDANT**

Revised 6-2004