UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Criminal No. 05-301-01 (RWR)** |
| **PAUL G. BEDEWI** | |
| **Defendant** | |

### ORDER

Upon consideration of Defendant's Unopposed Motion For Modification Of Conditions Of Supervised Release, it is this ___ day of _____,

**ORDERED,** that the motion be, and the same hereby is, **GRANTED;** and it is further,

**ORDERED,** that Defendant's conditions of supervised release during the period of home detention and electronic monitoring are hereby modified to permit Defendant to be away from his residence for up to eighteen (18) hours within any twenty-four period (24) hour period solely to enable Defendant to perform the requirements of his employment and for no other reason.

_____
Richard W. Roberts
United States District Judge