UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

**FILED**
OCT 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.   Criminal No. 05-301-01 (RWR)

PAUL G. BEDEWI

_____Defendant_____

## ORDER

Upon consideration of Defendant's Unopposed Motion For Modification Of Conditions Of Supervised Release, it is this 9th day of October, 2007,

**ORDERED,** that the motion be, and the same hereby is, **GRANTED;** and it is further,

**ORDERED,** that Defendant's conditions of supervised release during the period of home detention and electronic monitoring are hereby modified to permit Defendant to be away from his residence for up to ~~eighteen (18)~~ sixteen (16) hours within any twenty-four period (24) hour period solely to enable Defendant to perform the requirements of his employment and for no other reason.

_____
Richard W. Roberts
United States District Judge