UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 1:05-cr-00301-RWR |
| PAUL G. BEDEWI<br>　　　Defendant | |

**UNOPPOSED MOTION TO TERMINATE HOME DETENTION**

Paul Bedewi, through his undersigned counsel, respectfully moves to have his five-month home detention terminated on December 17, 2007. His probation officer, Danny M. Thomas, supports this motion and AUSA John Griffith consents.

1. On July 18, 2007, Mr. Bedewi was released after completing his five-month incarceration portion of his sentence in this matter.

2. On that same date, he reported to the Probation Office in this district to begin service of his five-month term of home detention.

3. For reasons having nothing to do with, and outside the control of, Mr. Bedewi, the probation office was unable to set up the electronic equipment until July 28, 2007, ten days after Mr. Bedewi reported.

4. Because of the delay by the Probation Office, Mr. Bedewi's current termination date for his home detention is December 27, 2007. Consequently, Mr. Bedewi would be required to be under home detention during the Christmas holiday. The Bedewis are hosting Christmas, and numerous relatives from around the country will be coming to his home.

Understandably, Mr. Bedewi would like to have his home detention finished before his family arrives. Had the Probation Office been able to set up the monitoring device on the day he was required to report, this would have been accomplished.

5. Danny M. Thomas, Mr. Bedewi's probation officer, supports this motion to have home detention terminated on December 17, 2007, which is five months from the date that Mr. Bedewi reported to begin serving his term of home detention.

6. Mr. Bedewi has completed all other obligations and requirements of his sentence.

7. AUSA John Griffith does not oppose this motion.

**WHEREFORE**, Mr. Bedewi requests that this motion be granted.

Respectfully submitted,

_____
/s/ Steven C. Tabackman (D.C. Bar No. 934539)
TIGHE PATTON ARMSTRONG TEASDALE PLLC
1747 Pennsylvania Avenue NW
Suite 300
Washington DC 20006
(202) 454-2811
(202) 454-2805