UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | 1:05-cr-00301-RWR |
| **PAUL BEDEWI**<br>            **Defendant** | |

**ORDER**

Upon consideration of Defendant's Consent Motion to Terminate Home Detention, it is this __ day of December, 2007

**ORDERED**, that the motion be, and the same hereby is**, GRANTED;** and it is further,

**ORDERED,** that electronic monitoring and home detention is terminated on December 17, 2007.

_____
Richard W. Roberts
United States District Judge