UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.                                            1:05-cr-00301-RWR

PAUL BEDEWI
    Defendant

ORDER

Upon consideration of Defendant's Consent Motion to Terminate Home Detention, it is this 17th day of December, 2007

ORDERED, that the motion be, and the same hereby is, ~~GRANTED; and it is further,~~ DENIED.

~~ORDERED, that electronic monitoring and home detention is terminated on December 17, 2007.~~

_____
Richard W. Roberts
United States District Judge